IN RE INVESTIGATION OF DEATH OF MILLER

No. 303PA02

Case below: COA02-686

Joint petition for discretionary review pursuant to G.S. 7A-31 prior to a determination by the North Carolina Court of Appeals allowed 27 June 2002.

IN RE MORRIS

No. 246P02

Case below: 149 N.C. App. 972

Petition by respondents (Bonnie Velasco and Lewis Ray Peeler) for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

JEFFRIES v. MOORE

No. 147PA02

Case below: 148 N.C. App. 364

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 27 June 2002.

KEMP v. KEMP

No. 510P01

Case below: 145 N.C. App. 502

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

KNIGHT v. WAL-MART STORES, INC.

No. 228A02

Case below: 149 N.C. App. 1

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to addition issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 27 June 2002.